# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF MOTOR VEHICLES

### CERTIFICATE OF TITLE FOR A VEHICLE
KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

7132

THE DEPARTMENT OF MOTOR VEHICLES, COMMONWEALTH OF VIRGINIA, HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH, THAT THE APPLICANT NAMED ON THE FACE HEREON HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE, AND THAT, FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DEPARTMENT, THE HEREON DESCRIBED VEHICLE IS SUBJECT TO THE SECURITY INTEREST RECORDS ON FILE WITH THIS DEPARTMENT, AND AS DESCRIBED HEREON, IF ANY. THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH ALSO PROVIDE THAT ALL TITLE AND REGISTRATION INFORMATION IN THE OFFICE OF THE DEPARTMENT OF MOTOR VEHICLES IS PRIVILEGED AND ONLY SUBJECT TO DISSEMINATION TO AUTHORIZED AGENCIES, BUSINESS ORGANIZATIONS OR AGENTS, GOVERNMENTAL ENTITIES AND INDIVIDUALS UNDER THE CONDITIONS SPECIFIED BY MOTOR VEHICLE CODE SECTIONS 46.2-208, 46.2-209 AND 46.2-210.

ESTABLISHED 05/08/17   609   DMVS8B   REPLACEMENT

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | VEHICLE BODY | TITLE NO. |
|---|---|---|---|---|
| 3C3CFFBR5CT127428 | 2012 | FIAT | 4D HB | 1404908355 |

| EMPTY WGT. | GROSS WGT. | GVWR | GCWR | AXLES | FUEL | SALES TAX PAID | ODOMETER | DATE ISSUED |
|---|---|---|---|---|---|---|---|---|
| 2350 | | | | 2 | GAS | VA EXEMPT | *32915* | 09/13/18 |

| OTHER PERTINENT DATA | ODOMETER BRAND | PRIOR TITLE NO. |
|---|---|---|
| OS | ACTUAL | |

Name(s) and address(es) of vehicle owners:
CARMAX
45210 TOWLERN PL
STERLING VA 20166-2502

NO LIENS

THIS IS NOT A TITLE NUMBER
G36637707

VOID IF ALTERED



A — ASSIGNMENT OF TITLE BY OWNER • NOTIFY DMV WHEN VEHICLE IS SOLD

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. The undersigned hereby certifies that the vehicle described in this title has been transferred to the following (printed name and address of Buyer(s)).

Buyer(s) Name _____
Street _____ City, State, Zip _____
ODOMETER READING (No Tenths) _____
I certify to the best of my knowledge that the odometer reading is: ☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits ☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)
DATE OF SALE _____
SALE PRICE _____
Signature of Seller(s) _____ Printed Name of Seller(s) _____
Signature of Buyer(s) _____ Printed Name of Buyer(s) _____
I am aware of the above odometer certification made by the Seller(s)
I am aware of the above odometer certification made by the Seller(s)
VSA3L   Dealer's No. _____ Licensing Jurisdiction _____

EXHIBIT B