1/14/2019

**NADA Used Cars/Trucks**

**Prober & Raphael**

20750 Ventura Blvd.
#100
Woodland Hills, CA 91364
818/227-0100
cbarraza@pralc.com

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2012 Fiat 500 Hatchback 3D Sport 1.4L I4 |
| **Region:** | California |
| **Period:** | January 14, 2019 |
| **VIN:** | 3C3CFFBR5CT127428 |
| **Mileage:** | 92,500 |
| **Weight:** | 2,363 |



## NADA Used Cars/Trucks Values

| Auction* | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Low | $1,575 | $16 | N/A | **$1,591** |
| Average | $2,550 | $16 | N/A | **$2,566** |
| High | $3,550 | $16 | N/A | **$3,566** |
| **Trade-In** | | | | |
| Rough | $1,950 | N/A | N/A | **$1,950** |
| Average | $2,675 | N/A | N/A | **$2,675** |
| Clean | $3,275 | N/A | N/A | **$3,275** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Aluminum/Alloy Wheels | w/body | w/body |
| Bose Premium Stereo | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2019 J.D.Power

EXHIBIT C